## LAURENT DUROCHER, EXECUTOR, ETC., OF MARIE B. LAS-SELLE, DECEASED, *versus* FRANCIS LASSELLE, SURVIVING PARTNER OF JAMES & FRANCIS LASSELLE

JOURNAL ENTRIES (1823): *Journal 3:* (1) Warrant to confess judgment filed, judgment \*p. 463.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and agreement to appear; (3) notice to sheriff to allow defendant time to find bail; (4) notice to sheriff to liberate defendant; (5) warrant of attorney to confess judgment; (6) declaration, oyer, cognovit; (7) precipe for execution ca. sa.; (8) writ of ca. sa. and return; (9) letter from sheriff to clerk; (10) notice of set off of land against judgment, and acceptance of land specified.

*1822–23 Calendar,* MS p. 158; *1824–36 Calendar,* MS p. 1. Recorded in *Book B,* MS pp. 288–90.

## HENRY HEPBURN AND CHARLES PRINCE *versus* JAMES BYRNE

JOURNAL ENTRIES (1823): *Journal 3:* (1) Confession of judgment \*p. 467.

PAPERS IN FILE: (1) Bail bond; (2) warrant to confess judgment; (3) declaration; (4) confession of judgment; (5) precipe for execution fi. fa.; (6) writ of fi. fa. and return; (7) precipe for venditioni exponas; (8) writ of venditioni exponas and return.

*1822–23 Calendar,* MS p. 157; *1824–36 Calendar,* MS p. 2. Recorded in *Book B,* MS pp. 286–87.